UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA SUE MULLINS, | Case No. 09-13410 |
| Plaintiff, | SENIOR UNITED STATES DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| COMMISSIONER OF SOCIAL SECURITY, | UNITED STATES MAGISTRATE JUDGE |
| Defendant. | MICHAEL HLUCHANIUK |
| _____/ | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [21], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [17], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [20], AND REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY FOR FURTHER REVIEW AND INVESTIGATION CONSISTENT WITH THE REPORT

On August 27, 2010, the Magistrate Judge issued a Report and Recommendation [21] recommending that Plaintiff's Motion for Summary Judgment [17] be granted, that Defendant's Motion for Summary Judgment [20] be denied, and that the case be remanded to the Commissioner of Social Security for further review and investigation consistent with the Report.

No objections were filed.

The Court has reviewed the administrative record, the Magistrate's Report and Recommendation, and the parties' pleadings in this case, and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Report and Recommendation [21] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions

of the Court.

Accordingly, Plaintiff's Motion for Summary Judgment [17] is **GRANTED**, Defendant's Motion for Summary Judgment [20] is **DENIED**, and the case is **REMANDED** to the Commissioner of Social Security for further review and investigation consistent with the Report.

**SO ORDERED.**


S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated: September 20, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager